

FILED
2023 NOV 9 PM 3:17
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (7349)
MARK Y. HIRATA, Assistant United States Attorney (5087)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
(801) 524-5682 | travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM NEPHI LIAVAA,<br><br>　　　　　Defendants. | **STATUS OF FORFEITURE**<br><br>Case No. 2:23-cr-00402-DS<br><br>Judge David Sam |

　　　The United States of America hereby notifies the Court has elected that it will not seek criminal judicial forfeiture of the following property:

- **Glock 19 Pistol 9mm, S/N: BCXA875;**
- **Glock 19C Gen4 pistol 9mm, S/N: ACCT404, and**
- **Associated ammunition, magazines, cases and holsters**

("Subject Property") identified in the indictment returned against the defendants in this case.

　　//

The United States will not seek its forfeiture. After the Indictment was returned, the forfeiture section learned these firearms were purchased by an undercover officer. The title of the Subject Property is already in the United States, so there is no need to seek forfeiture.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney


*/s/ Travis K. Elder*
Travis K. Elder
Assistant U.S. Attorney